UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

DONALD RAY RALSTON              CASE NUMBER: 09-32178
SUSAN LORRAINE RALSTON          CHAPTER 13
Debtors

---

TRUSTEE'S MOTION TO DISGORGE DEBTORS' ATTORNEY'S COMPENSATION
UNDER 11 U.S.C. §329(b)

---

COMES NOW, the Trustee, Debra L. Miller, and for her Motion to Disgorge Debtors' Attorney's Compensation Under 11 U.S.C. §329(b) states:

1. Debtors filed for Chapter 13 relief on May 8, 2009.

2. On December 3, 2009, a hearing on Confirmation of Debtors' Amended Chapter 13 Plan was held. On Trustee's recommendation, Debtors' case was eligible to be confirmed and a proposed confirmation order was due to be filed on or before December 28, 2009.

3. On December 23, 2009, Trustee's office emailed Debtors' attorney, Joseph C. Lehman with a copy of the proposed confirmation order for his approval. Trustee's office did not receive a reply to this email and a Motion to Extend Time was filed on behalf of the Trustee on December 28, 2009.

4. On January 19, 2010, Trustee's office sent a follow up email to Mr. Lehman, requesting his approval of the proposed confirmation order. As no response was received, Trustee filed a second Motion to Extend Time.

5. Trustee's office tried to contact Debtors' attorney again in February, but when no response was received, another Motion to Extend Time was filed on behalf of the Trustee on February 9, 2010.

6. On March 16, 2010, Trustee's office sent a second follow up email to Mr. Lehman asking him to approve the proposed confirmation order. When no response was received, Trustee's office filed another Motion to Extend Time.

7. On April 5, 2010, Trustee's office sent a third follow up email to Mr. Lehman requesting his approval of the proposed confirmation order. No response was received.

8. On April 5, 2010, Trustee called Mr. Lehman and left a voice mail asking him to review the proposed confirmation order and reply by email or phone call. Again, no response was received.

9. As she was unable to receive a response from Mr. Lehman, Trustee filed a Report to Court and Motion to Dismiss Debtors' case on April 6, 2010. A hearing on the Motion to dismiss was held on May 13, 2010. At the hearing, confirmation of Debtors' plan was recommended

10. On June 2, 2010, Debtors' case was confirmed by special order.

11. Debtors' counsel caused "unreasonable delay" which is prejudicial to Debtors' creditors by failing to respond to the Trustee's emails and phone call. As a result of this delay, confirmation of Debtors' plan was significantly delayed.

WHEREFORE, for the reasons stated above, the Trustee respectfully requests that the Court disgorge the $900.00 paid to Mr. Lehman by the Debtors, return said funds to the Debtors and for all other just and proper relief.

Dated:

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634-0155
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served as follows on

By U.S. Mail postage prepaid:
Debtors: Donald and Susan Ralston, 504 S. Wheatland Drive, Goshen, IN 46526

By electronic mail via CM/ECF:
Debtors' Attorney: Joseph C. Lehman
U.S. Trustee at ustregion10.so.efc@usdoj.gov

/s/ Debra L. Miller