UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| DONALD RAY RALSTON | ) | CASE NO. 09-32178 |
| SUSAN LORRAINE RALSTON | ) | CHAPTER 13/kn |
| | ) | |
| Debtor(s) | ) | |

**COURT MINUTES GRANTING MOTION TO DISGORGE**

**NATURE OF PROCEEDINGS:** Hearing on Chapter 13 Trustee's Motion to Disgorge Debtors' Attorney's Compensation Under 11 U.S.C. §329(b)

**DATE & TIME:** September 23, 2010 at 2:00 p.m.              **DOCUMENT NO.** 86

**APPEARANCES:**
ATTORNEY FOR DEBTOR(S): JOSEPH C. LEHMAN, ESQ. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present
CHAPTER TRUSTEE: DEBRA L. MILLER, ESQ  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present
UNITED STATES TRUSTEE, NANCY J. GARGULA, BY: ALEXANDER L. EDGAR, ESQ. . . . . . . . Present

---

Hearing was held in South Bend, Indiana, on September 23, 2010, on the Chapter 13 Trustee's Motion to Disgorge Debtors' Attorney's Compensation. The court being duly advised, now grants the chapter 13 trustee's motion.

**IT IS NOW ORDERED** that Joseph Lehman, Attorney for the Debtors, disgorge the fees he had been awarded previously, in the amount of $2000, to the chapter 13 trustee, on or before October 25, 2010.

SO ORDERED
DATED:  September 24, 2010

Harry C. Dees, Jr., Judge                    C11
United States Bankruptcy Court