UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

DONALD RAY RALSTON           CASE NUMBER: 09-32178
SUSAN LORRAINE RALSTON       CHAPTER 13
Debtors

### TRUSTEE'S OBJECTION TO DEBTORS' AMENDED CHAPTER 13 PLAN

COMES NOW, Standing Chapter 13 Trustee, Debra L. Miller, by Counsel, and states:

1. Debtors filed for Chapter 13 relief on May 8, 2009.

2. Debtors' plan was confirmed by Special Order on June 2, 2010.

3. On July 1, 2011, the Trustee filed her Motion to Dismiss Debtors' case for their failure to make plan payments.

4. On July 15, 2011, Debtors' Counsel filed an Amended Chapter 13 Plan.

5. Trustee objects to Debtors' Amended Chapter 13 Plan, filed July 15, 2011, as Debtors' Plan, which was filed October 13, 2009, has already been confirmed.

6. If Debtors are seeking to modify their Plan, they need to do so by filing a proper modification under the Bankruptcy Code and the Local Rules.

WHEREFORE, Trustee respectfully requests that Debtors' Amended Chapter 13 Plan, which was filed July 15, 2011, be stricken as Debtors' Plan, which was filed October 13, 2009, has already been confirmed.

Dated: July 20, 2011

Respectfully Submitted

/s/ Sarah E. Willms
Sarah E. Willms, Staff Attorney for
Debra L. Miller, Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice was served as follows on    July 20, 2011

By U.S. Mail postage prepaid:
Debtors: Donald and Susan Ralston, 504 S. Wheatland Drive, Goshen, IN 46526

By electronic mail via CM/ECF:
Debtors' Attorney: Joseph C. Lehman
U.S. Trustee at ustregion10.so.efc@usdoj.gov

/s/ Sarah E. Willms