UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| DONALD RAY RALSTON | ) | CASE NO. 09-32178 |
| SUSAN LORRAINE RALSTON | ) | CHAPTER  13/kn |
| | ) | |
| Debtor(s) | ) | |

### COURT MINUTES DISMISSING CASE

**NATURE OF PROCEEDINGS:** Hearing on the Chapter 13 Trustee's MOTION TO DISMISS filed on July 1, 2011

**DATE & TIME:** August 11, 2011 at 2:00 p.m.                                              **DOCUMENT NO.** 104

**APPEARANCES:**
ATTORNEY FOR DEBTOR(S): JOSEPH LEHMAN, ESQ. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Not Present
CHAPTER 13 TRUSTEE: DEBRA L. MILLER, ESQ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present

---

    Hearing was held in South Bend, Indiana, on August 11, 2011, on the Chapter 13 Trustee's MOTION TO DISMISS.

    The court, being duly advised, grants the Chapter 13 Trustee's motion to dismiss.

    **IT IS ORDERED** the above-captioned Chapter 13 petition is hereby **dismissed, without prejudice.** The automatic stay on creditor actions against the debtor and the debtor(s) property is removed pursuant to 11 U.S.C. § 362(c)(2)(B).

    Upon receipt of the Standing Chapter 13 Trustee's final report and account, the case may be closed. Any wage deduction order which may be in force is terminated effective with the date of this order.  Any entity wishing to file a request for payment of an administrative expense under 11 U.S.C. § 503(b) shall file the request within 14 days from the date of this order.

    The Clerk is directed to send a copy of this order to all creditors and parties in interest.

                        DATED:   August 12, 2011

                        _____
                        Harry C. Dees, Jr., Judge                C11
                        United States Bankruptcy Court